**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| K.S., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION FILE NO.: |
| | : | |
| v. | : | 1:26-cv-05329-LMM |
| | : | |
| | : | |
| PARAS HOSPITALITY INC. | : | |
| d/b/a COUNTRY HEARTH INN & | : | |
| SUITES, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF INTENT TO SERVE SUBPOENAS ON NON-PARTIES**

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff hereby provides notice that she will begin the process of serving the below-described civil subpoenas after the filing of this pleading. The subpoenas will be served upon:

1. **Dekalb County Police Department; and,**
2. **Red Lion Hotels Franchising, Inc.**

This 9th day of November, 2026.

**THE STODDARD FIRM**

/s/ *Carson L. Wynn*
Matthew B. Stoddard
Georgia Bar No. 558215
Carson L. Wynn
Georgia Bar No.: 672645
THE STODDARD FIRM

1534 N Decatur Road
Atlanta, Georgia 30326
P: 470-467-2200
F: 470-467-1300
matt@LegalHelpGa.com
carson@legalhelpga.com
***Attorneys for Plaintiff***

## CERTIFICATE OF COMPLIANCE & SERVICE

This is to certify that the foregoing document has been prepared with one of the font and point selections approved by the Court in L.R. 5.1. Specifically, the pleading was prepared using Times New Roman font, point 14. I further certify that I have served a true and correct copy of the foregoing upon all counsel of record using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

**Counsel for Defendants Paras Hospitality Inc.**
Sean L. Hynes
Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060
hynes@downeycleveland.com

This 9th day of November, 2026.

*/s/ Carson L. Wynn*
Carson L. Wynn